☒ FILED  ☐ LODGED

**Sep 22 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>         v.<br>Juan Raul Angulo-Angulo,<br><br>                    Defendant. | Mag. No. 25-1919 MJ<br><br>**ORDER FOR RELEASE OF MATERIAL WITNESS** |

Upon joint motion of the parties to this action, and for good cause shown,

**IT IS ORDERED** directing the United States Marshal to release the material witness in this action, Samuel Munoz-Espinoza, to the Department of Homeland Security for return to his country of origin.

**IT IS FURTHER ORDERED** vacating the order of separation between the defendant and the material witness.

Dated this __22nd__ day of _____September_____, 2025.



United States Magistrate Judge

cc: USMS on 9/22/2025 by MCC.  mrh